Graham McNamee, Minor, by George F. McNamee, His Father and Next Friend, Appellee, v. Marinus Lanenga, Appellant.

, Gen. No. 40,638.

opinion filed October 31, 1939. Braun & Brodie, for appellant; John A. Bloomingston and Robert Cantwell, Jr., for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''